IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | 2:15-CR-052-J (01) |
| GRABEL GONZALEZ | § § | |

### ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION TO DENY DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

On July 1, 2015, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the Motion to Suppress filed on May 27, 2015, by Defendant GRABEL GONZALEZ be denied. On July 9, 2015, Defendant filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Defendant's objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to suppress filed by Defendant is DENIED.

It is so ORDERED.

SIGNED this 10th day of July, 2015.

MARY LOU ROBINSON
United States District Judge